UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ABDUL HOWARD, | ) |
| Plaintiff, | ) 2:11-cv-1698-PMP-RJJ |
| vs. | ) |
| THE STATE OF NEVADA, *et al.*, | ) O R D E R |
| Defendant, | ) |

This matter is before the Court on an Application to Proceed *In Forma Pauperis* (#1).

The Court having reviewed the Application (#1) and the proposed complaint attached thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for September 13, 2012, at 10:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiff, Abdul Howard, is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff by certified mail, return receipt requested.

DATED this   16th   day of August, 2014.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge