UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ABDUL HOWARD, | ) | |
| Plaintiff, | ) | 2:11-CV-01698-PMP-NJK |
| v. | ) | |
| STATE OF NEVADA, et al., | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's Motion for Request for Court to Serve Complaint (Doc. #19) is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue Summons to Defendants and deliver the same to the U.S. Marshal for service. Plaintiff shall have twenty days in which to furnish the required Form USM-285 for each Defendant to the U.S. Marshals Service, Lloyd D. George U.S. Courthouse, 333 Las Vegas Blvd. S., Suite 2058, Las Vegas, NV 89101. Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285 showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether Defendants were served. If Plaintiff wishes to have service again attempted on an unserved Defendant, a motion must be filed with the Court identifying the unserved Defendant and specifying a more detailed name and/or address for said Defendant, or whether some other manner of service should be attempted. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 120 days from the date this Order is entered.

IT IS FURTHER ORDERED that Plaintiff's Motion for Request of Stay of Proceedings (Doc. #21) is hereby DENIED without prejudice to renew after Defendants have been served and appear in this action.

DATED: June 11, 2013

_____
PHILIP M. PRO
United States District Judge