UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

\* \* \*

ABDUL HOWARD,

    Plaintiff,

vs.

STATE OF NEVADA, et al.,

    Defendant.

2:11-CV-1698-PMP-NJK

# **O R D E R**

**IT IS ORDERED** Plaintiff's Motion to Extend Time to Respond to Defendants' Motion to Dismiss [32] is GRANTED.  The docket clerk shall forward a copy of Defendants Philip J. Kohn and Darren G. Cox's Motion to Dismiss [29] to Plaintiff.

**IT IS FURTHER ORDERED** Plaintiff shall have until 9/27/2013 within which to file a Response to Defendants' Motion to Dismiss.

Dated: July 30, 2013.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE