**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ABDUL HOWARD, | ) | 2:11-cv-01698-JAD-NJK |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| Defendants. | ) | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On August 12, 2013, plaintiff filed a motion for copies of his complaint (Dkt. # 35). In his motion, plaintiff explains that he sent his only copy of the complaint to the United States Marshals to serve the defendants, and that he needs a copy of the complaint in order to respond to the motion to dismiss filed by two of the defendants (Dkt. #29). Plaintiff therefore asks the court to send him a copy of the complaint he submitted in this action. Good cause appearing, plaintiff's motion is granted. The Clerk shall send to plaintiff one copy of the complaint in this case, which may be found at Dkt. #7, at his address of record.

. . . .

. . . .

. . . .

1    **IT IS THEREFORE ORDERED** that plaintiff's motion for copies (Dkt. #35) is
2    **GRANTED**.
3        **IT IS FURTHER ORDERED** that Clerk shall send to plaintiff at his address of record
4    one copy of the complaint at Dkt. #7.
5        DATED this 13th day of August, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2