UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Abdul Howard,<br><br>         Plaintiff<br><br>           v.<br><br>State of Nevada et al.,<br><br>         Defendants | Case No.: 2:11-cv-01698-JAD-NJK<br><br>**Order Denying Plaintiff's Motion to Extend Time [Doc. 37]** |

  This is a civil rights complaint by Plaintiff Abdul Howard against the State of Nevada et al. essentially alleging that an unintended interlineation in a plea agreement left the plaintiff unwittingly saddled with a sex-offender label, preventing him from being granted parole and causing him to spend extra time in prison. On July 23, 2013, Defendants Philip Kohn and Darren Cox filed a Motion to Dismiss. Doc. 29. On July 29, 2013, Plaintiff successfully moved for an extension of time to respond, and a new deadline of September 27, 2013 was set. Doc. 33. On September 6, 2013, Plaintiff moved for a second extension of time, asking for the deadline to be extended to January 10, 2014, "to avoid holidays" and because he is allegedly waiting for documents from the state court. Doc. 37.

  Plaintiff has not demonstrated how the additional documents are necessary to assist in the preparation of his response to the pending motion to dismiss. Accordingly, Plaintiff's request for an extension until January 10, 2014 **[Doc. 37]** is **DENIED**. Plaintiff's response to Defendants' motion to dismiss **[Doc. 29]** must be filed by October 31, 2013. The Court redirects the Plaintiff to the minute order dated July 23, 2013 **[Doc. 30]**, cautioning the Plaintiff pursuant to *Klingele v.*

1 | *Eikenberry*, 849 F. 2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d (9th Cir. 1998), that this
2 | is a dispositive motion that may terminate either some portion or all of this lawsuit if granted. The
3 | Court reminds Plaintiff to review that minute order notice carefully as it contains important
4 | information about what plaintiff needs to do to oppose the motion.

DATED October 9, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE