**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ABDUL HOWARD, | ) | 2:11-cv-01698-JAD-NJK |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| Defendants. | ) | |

      This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On January 9, 2014, plaintiff filed a motion for a copy of his surreply, which has been stricken by the Court (Docket No. 47). In his motion, plaintiff explains that he does not have access to a copy machine or law library. Plaintiff therefore asks the court to send him a copy of the surreply he submitted in this action. Good cause appearing, plaintiff's motion is granted. The Clerk shall send to plaintiff one copy of his surreply in this case, which may be found at Docket No. 47, at his address of record.

      This is not Plaintiff's first request for the Court to send him copies of his own filings. *See* Docket No. 36 (order granting Plaintiff's motion to send him a copy of his complaint). Although the Court will provide a copy of this filing to Plaintiff this time, Plaintiff shall take steps in the future to have a copy of his filings, whether it be by carbon paper, hand-writing a copy, or other means. The Court may be less inclined to grant further similar requests in light of this instruction.

1       **IT IS THEREFORE ORDERED** that plaintiff's motion for a copy (Docket No. 51) is
2 **GRANTED**.
3       **IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff at his address of
4 record one copy of the document at Docket No. 47.
5       DATED this 13th day of January, 2014.

                                                    NANCY J. KOPPE
                                                    UNITED STATES MAGISTRATE JUDGE