**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

|  |  |
|---|---|
| ABDUL HOWARD,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:11-cv-1698-RFB-NJK<br><br>ORDER TO PRODUCE ABDUL HOWARD |

TO:　　　WARDEN CHARLOTTE COLLINS
　　　　　NEVADA SOUTHERN DETENTION CENTER
TO:　　　UNITED STATES MARSHAL FOR THE DISTRICT OF
　　　　　NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **ABDUL HOWARD, #47855048**, is presently in custody of the United States Marshals Service, located at Nevada Southern Detention Center, Pahrump, Nevada.

IT IS HEREBY ORDERED that the United States Marshal, or his designee, shall transport and produce **ABDUL HOWARD, #47855048**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Monday, September 22, 2014, at the hour of 10:00 a.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **ABDUL HOWARD, #47855048**, is released and discharged by the said

Court; and that the said **ABDUL HOWARD, #47855048**, shall thereafter be returned to the custody of the United States Marshal under safe and secure conduct.

DATED this 16th day of September, 2014.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**