# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| ABDUL HOWARD, | Case No.: 2:11-cv-001698-RFB-NJK |
| Plaintiff, | ***AMENDED*** ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR ABDUL HOWARD |
| vs. | (ID#) 1896061 |
| STATE OF NEVADA, *et al*, | |
| Defendant. | |

**The Court has set a** hearing, therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said <u>Abdul Howard, # 1896061</u> before the United States District Court at Las Vegas, Nevada, on or about **Thursday, May 18, 2017 at 3:00 PM to attend a hearing in LV Courtroom 7D** and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: May 15, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**